In the Matter of the Application of GEORGE GOLDBERG, Respondent, for Payment of Award in Proceedings to Acquire Title to Liberty Avenue from Brooklyn Borough Line to Van Wyck Avenue in the Borough of Queens.

W. ARTHUR CUNNINGHAM, as Comptroller of the City of New York, et al., Appellants.

(Argued May 22, 1934; decided June 5, 1934.)

*Paul Windels*, Corporation Counsel (*John H. Finn*, *Anson Getman* and *George S. Parsons* of counsel), for appellants.

*William Gold* and *George Goldberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.